MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> DANIEL GONZALEZ VENEGAS, ) <br> ) <br>     Defendant. ) | No. CR 11-680 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On October 18, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to November 15, 2011. The parties have agreed to exclude the period of time between October 18, 2011 and November 15, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

\\\

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0680 WHA

18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement. SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: October 20, 2011             _____/s/_____
                                                LOWELL C. POWELL
                                                Special Assistant United States Attorney

DATED: October 20, 2011             _____/s/_____
                                                JODI LINKER
                                                Attorney for DANIEL GONZALEZ VENEGAS

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0680 WHA

| | |
|---|---|
| 1 | <u>[PROPOSED] ORDER</u> |
| 2 | For the reasons stated above and at the October 18, 2011 hearing, the Court finds that the |
| 3 | exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 18, |
| 4 | 2011 through November 15, 2011 is warranted and that the ends of justice served by the |
| 5 | continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 |
| 6 | U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the |
| 7 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence. 18 U.S.C. §3161(h)(7)(B)(iv). |

IT IS SO ORDERED.

DATED: October 20, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0680 WHA